UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:07CR60 CDP |
| | ) |
| BILLY JOE NOBLE, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

This matter is before the Court on defendant Billy Joe Noble's motion to suppress evidence and statements.

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Lewis M. Blanton. Judge Blanton held an evidentiary hearing and thereafter filed his Report and Recommendation regarding the defendant's motions. Defendant filed timely objections.

I have conducted de novo review of the motion and all matters related to it, including reading the transcript of the hearing and examining all evidence presented. After fully considering the motions and evidence, I will adopt and sustain the Report and Recommendation, including its findings of fact and reasoning. The evidence established that law enforcement officers had consent to search the residence of defendant's former girlfriend, that there was probable

cause to arrest defendant, and that all of defendant's statements were made voluntarily and following appropriate advice of rights.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#38] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence and statements [#12] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of February, 2008.